FILED

2017 JAN 10 AM 11: 21

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 1:17 CR 19 |
| v. | ) | CASE NO. ____JUDGE LIOI____ |
| JAMSHED AHMAD, | ) | Title 21, Sections 841(a)(1) and (b)(1)(B), United States Code |
| Defendant. | ) | Title 18, Section 922(g)(1), United States Code |

COUNT 1

The Grand Jury charges:

On or about July 12, 2016, in the Northern District of Ohio, Eastern Division, JAMSHED AHMAD, the defendant herein, did knowingly and intentionally possess with the intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 2

The Grand Jury further charges:

On or about July 12, 2016, in the Northern District of Ohio, Eastern Division, JAMSHED AHMAD, the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Drug Trafficking, Case Number CR-07-498722, in the Cuyahoga County Common Pleas Court, on or about December 21, 2007, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Ruger LCP, 380 caliber pistol, serial #378-50595 and Remington ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegations of Counts 1 and 2, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, defendant JAMSHED AHMAD, shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.